IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| RICHARD RYAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | MDL DOCKET NO. 1396 |
| ST. JUDE MEDICAL, INC., | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: July 7, 2004.

PATRICK J. MURPHY, ESQ.

By ______________________
Patrick J. Murphy, Esq.
Attorneys for Plaintiff Richard Ryan

DATED: July 8, 2004.

REED SMITH LLP

By ______________________
Steven M. Kohn
Attorneys for Defendant
St. Jude Medical, Inc.