IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.
SILZONE® HEART VALVE PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 1396
(JRT/FLN)

RICHARD RYAN,

Plaintiff,

v.

ST. JUDE MEDICAL, INC.

Defendant.

MDL CASE SPECIFIC NO. 01-CV-0928

**ORDER ON STIPULATION OF DISMISSAL**

Re: Document Number 16

Pursuant to the Stipulation of Dismissal between the parties to this action through their designated counsel,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

Dated: July 28, 2004

s/John R. Tunheim
The Honorable John R. Tunheim
Judge of U.S. District Court
District of Minnesota

DN: 226251